# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| Vanessa Tullie,<br><br>　　　　Plaintiff,<br><br>v.<br><br>Fast Care Transportation LLC, et al.,<br><br>　　　　Defendants. | No. CV-16-03613-PHX-GMS<br><br>**JUDGMENT ORDER** |

Pursuant to the parties' Joint Motion to Approve FLSA Settlement (Doc. 29) and good cause appearing,

**IT IS HEREBY ORDERED** that Plaintiff have and recover judgment from and against Fast Care Transportation, LLC; Ali A. Alkarori and the marital community consisting of himself and Hager Mohamed; and Omer Elhiber Fadlalla and the marital community consisting of himself and Suzan Mohamed, and each of them, as follows:

1. For the principal sum of $10,000.00;
2. For interest on said sum at the rate of 5% per annum from the date of entry of Judgment until paid in full; and
3. For attorneys' fees and costs in the amount of $9,250.00.

Dated this 13th day of February, 2017.

_____
Honorable G. Murray Snow
United States District Judge